FILED
CLERK, U.S. DISTRICT COURT

JAN 25 2017

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 5:16CR36 JGB |
|---|---|
| Plaintiff, | ORDER OF DETENTION |
| v. | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)) |
| Jimmy Lee Hostmark | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- UNKNOWN BACKGROUND
- UNKNOWN BAIL RESOURCES

1

1 and/or

2 B.   ( )   The defendant has not met his/her burden of establishing by clear and
3 convincing evidence that he/she is not likely to pose a danger to the
4 safety of any other person or the community if released under 18
5 U.S.C. § 3142(b) or (c). This finding is based on the following:

6 _____
7 _____
8 _____
9 _____
10 _____

11

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

14

15 Dated: 1/25/17

16                                        HONORABLE DAVID T. BRISTOW
17                                        United States Magistrate Judge

2